```
FILED

2019 DEC 31  A 9: 06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:        MC        DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Heydi GONZALEZ-Lopez,<br><br>Defendant. | Case No.  19MJ12078<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1325(a)(1)<br>Attempted Illegal Entry (Misdemeanor) |
|---|---|

The undersigned complainant being duly sworn states:

On or about December 30, 2019 within the Southern District of California, defendant Heydi GONZALEZ-Lopez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
FEDERICO ESPINOZA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31st DAY OF DECEMBER, 2019.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Heydi GONZALEZ-Lopez

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) P. G. Guillen that defendant, Heydi GONZALEZ-Lopez (GONZALEZ), attempted to enter the United States and was arrested on December 30, 2019, in Calexico, California.

On December 30, 2019, BPA R. Espinoza Jr. was performing his assigned line watch duties approximately 3.5 miles east of the Calexico, California West Port of Entry. This area consists of residential buildings to the west, large open agricultural fields, and an agricultural equipment lot commonly referred to as the "New Ranch." Anza Road runs from west to east approximately 25 yards north of the United States/Mexico International Boundary Fence (IBF). Bowker Road runs north to south and is located in the middle of the area. Aliens make their entry in this area in an effort to reach the residential buildings to the west, where they will attempt to blend in with the local populace. Aliens will also attempt to conceal themselves among the heavy equipment in an effort to evade arrest from Border Patrol Agents.

At approximately 12:00 p.m., Remote Video Surveillance System operators informed Agents that some individuals had crossed the IBF. BPA Espinoza responded and encountered two subjects, one later identified as GONZALEZ, approximately 100 meters north of the IBF. BPA Espinoza approached GONZALEZ and identified himself as a BPA.

BPA Espinoza questioned GONZALEZ as to her citizenship and ascertained GONZALEZ to be a citizen of Mexico without the proper documentation to legally remain, work, or reside in the United States of America. GONZALEZ also admitted to having crossed the IBF illegally. GONZALEZ was then placed under arrest and transported to the El Centro Border Patrol station for further processing.

Record checks did not show GONZALEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.